Duval Building and Loan Association, a corporation, Appellant, v. Jacob S. Parker, Wendell P. Gifford as Trustee, J. H. Parker, Winfield S. Parker, Dexter Hunter, James Haines and Eliza Haines, his wife, L. Bucki & Son Lumber Company, a corporation under the laws of New Jersey, and the Florida Hardware Company, a corporation organized under the laws of Florida, Appellees.

### In Banc.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell and W. B. Owen for appellant.

A. W. Cockrell & Son and W. H. Harwick for Jacob S. Parker; D. U. Fletcher for W. P. Gifford, Trustee, appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*